UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED - GR
August 29, 2012 11:25 AM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ald /____ SCANNED BY: NS/8/29

ALBERT MURRAY,

    Plaintiff,

v.

HANNA M. GUERNSEY et al,

    Defendant.
_____/

Case No. 1:11-cv-1045

Hon. Gordon J. Quist

### ORDER REJECTING PLEADING

The Court has examined the following documents received August 24, 2012, and orders the Clerk to reject the Motion to Appoint Counsel, Brief in Support of Motion to Appoint Counsel and Motion for Leave to File an Amended Complaint and return the documents to Albert Murray for the reason noted below:

Filer is attempting to file documents with this Court, although the case caption indicates that the documents should be filed with U.S. Court of Appeals for the 6th Circuit. It appears that the documents were submitted to this Court in error.

IT IS SO ORDERED.

Dated: 8/28/12
ns

Hugh W. Brenneman, Jr.
United States Magistrate Judge

<For Court Use Only>
☐ The Clerk shall accept the pleading(s) for filing _____ Dated: _____